FILED US District Court-UT
JUN 30 '21 PM12:07

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATION:<br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. |
| vs. | |
| NELSON BULUS WANDI, | Case: 2:21-cr-00282<br>Assigned To : Waddoups, Clark<br>Assign. Date : 6/30/2021 |
| Defendant. | |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about November 11, 2020, in the District of Utah,

NELSON BULUS WANDI,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Taurus PT111 Millennium G2 9mm semi-automatic pistol and associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- Taurus PT111 Millennium G2 9mm semi-automatic pistol, s/n TJP09702
- Associated ammunition

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney


Victoria K. McFarland
VICTORIA K. McFARLAND
Assistant United States Attorney