IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NELSON BULUS NELSON,<br><br>                Defendant. | **ORDER TO DISMISS**<br><br><br>Case No. 2:21-CR-282 CW-CW<br><br>District Judge Clark Waddoups |

During the hearing held on June 2, 2022, the government moved to dismiss the indictment in this matter, following the completion of sentencing in case 2:21-CR-463 CW. Court GRANTED the motion to dismiss and hereby orders this case closed.

DATED this 2nd day of June, 2022.

BY THE COURT:

_____
Clark Waddoups
United States District Judge